**97–294. State v. Conley.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–296. Cook v. Edwards.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–410. State ex rel. Okocha & Assoc. Co., L.P.A. v. Court of Appeals, Eighth Ohio Appellate Dist.**
In Mandamus and Prohibition. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.